United States District Court
for the District of New Jersey

_____

**USA**

    Plaintiff

    vs.

**ALONSO BARRAZA-CASTRO, ET AL.**

    Defendant
_____

Crim. No. 10-298

Order of Reassignment

It is on this 11th day of September 2012,

O R D E R E D that the entitled action is reassigned

from Judge William J. Martini to Judge Dennis M. Cavanaugh.

      S/Jerome B. Simandle
      Jerome B. Simandle, Chief Judge
      United States District Court